# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREA LAKE; YOGAJUNKIE.COM, LLC,

        Plaintiffs,

vs.

CLAUDIA FELLNER,

        Defendant.

Case No. 2:12-cv-01345-GMN-GWF

**ORDER**

        This matter is before the Court on Plaintiff's Status Report (#24) filed November 22, 2013. Upon review and consideration,

        **IT IS ORDERED** this matter is stayed as to filing of the discovery plan and scheduling order until the Court rules on Plaintiff's Motion to Strike.

        DATED this 13th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge