Tyler R. Andrews (Bar No. 9499)
andrewst@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA LAKE, YOGAJUNKIE.COM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CLAUDIA FELLNER,<br><br>Defendant. | CASE NO. 2:12-CV-01345-GMN-GWF |

**<u>STIPULATION AND ORDER OF DISMISSAL</u>**

On or around April 28, 2014, Plaintiffs and Defendant Claudia Fellner entered into a Settlement Agreement and Release (the "Agreement") which resolved all pending claims between them in this action.  Therefore,

///

///

///

///

///

///

- 1 -

*LV 420236643v1*

**IT IS HEREBY STIPULATED** by and between Plaintiffs ANDREA LAKE and YOGAJUNKIE.COM, LLC, and Defendant CLAUDIA FELLNER, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed in its entirety, with each party to bear its own attorney's fees and costs.

DATED this 6th day of June, 2014.                DATED this 6th day of June, 2014.

GREENBERG TAURIG, LLP                            CHRISTOPHER LEGAL GROUP


By:  /s/ Tyler R. Andrews                        By:  /s/ Shawn Christopher

Tyler R. Andrews, Esq.                           Shawn Christopher
3773 Howard Hughes Parkway, Suite 400N           9555 S. Eastern Avenue, Suite 260
Las Vegas, Nevada 89169                          Las Vegas, Nevada 89123
Attorneys for Plaintiffs                         Attorney for Defendant

### ORDER

**IT IS SO ORDERED** this 11th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

GREENBERG TRAURIG, LLP


   /s/ Tyler R. Andrews
Tyler R. Andrews, Esq. (Bar No. 9499)
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*